SUBSTITUTE TEACHER SERVICE INC
PO Box 37
MEDIA PA  19063

Y426-P151
ORG: 402 TEACHERS TS
EE ID: ███    DD

MURRAY D LEVIN
303 WEST AVE
JENKINTOWN PA  19046

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Murray D Levin
303 West Ave
Jenkintown, PA  19046
**Employee ID:** ███

**Home Department:** 402 TEACHERS STS

**Pay Period:** 04/13/25 **to** 04/26/25
**Check Date:** 05/07/25   **Check #:** 213224

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 833 | 767.40 | 925.93 |
| Chkg 539 | 0.00 | 7533.12 |
| **NET PAY** | **767.40** | **8459.05** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 5.0000 | 182.0000 | 910.00 | 56.5000 | 10283.00 |
| | Total Hours | 5.0000 | | | 56.5000 | |
| | Total Hrs Worked | 5.0000 | | | | |
| | **Gross Earnings** | | | 910.00 | | 10283.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.42 | 637.55 |
| Medicare | | 13.19 | 149.10 |
| Fed Income Tax | SMS | 33.31 | 593.58 |
| PA Income Tax | | 27.94 | 315.69 |
| PA Unemploy | | 0.64 | 7.20 |
| PA ASTON-Del In | | 9.10 | 102.83 |
| PA LMAL1-Lan LS | | 2.00 | 18.00 |
| **TOTAL** | | 142.60 | 1823.95 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **767.40** | **8459.05** |

*Payrolls by Paychex, Inc.*

0940 Y426-P151  Substitute Teacher Service Inc • PO Box 37 • MEDIA PA  19063 • (610) 566-6466

SUBSTITUTE TEACHER SERVICE INC
PO Box 37
MEDIA PA 19063

Y426-P151
ORG: 402 TEACHERS TS
EE ID: ▓▓▓▓ DD

NON-NEGOTIABLE

MURRAY D LEVIN
303 WEST AVE
JENKINTOWN PA 19046

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Murray D Levin
303 West Ave
Jenkintown, PA 19046
**Employee ID:** ▓▓▓▓

**Home Department:** 402 TEACHERS STS

**Pay Period:** 03/30/25 **to** 04/12/25
**Check Date:** 04/23/25   **Check #:** 209519

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 833 | 158.53 | 158.53 |
| Chkg 539 | 0.00 | 7533.12 |
| **NET PAY** | **158.53** | **7691.65** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular Earnings | 1.0000 | 182.0000 | 182.00 | 51.5000 | 9373.00 |
| | | **Total Hours** | 1.0000 | | | 51.5000 | |
| | | **Total Hrs Worked** | 1.0000 | | | | |
| | | **Gross Earnings** | | | 182.00 | | 9373.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 11.29 | 581.13 |
| | Medicare | | 2.64 | 135.91 |
| | Fed Income Tax | SMS | | 560.27 |
| | PA Income Tax | | 5.59 | 287.75 |
| | PA Unemploy | | 0.13 | 6.56 |
| | PA ASTON-Del In | | 1.82 | 93.73 |
| | PA LMAL1-Lan LS | | 2.00 | 16.00 |
| | **TOTAL** | | **23.47** | **1681.35** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **158.53** | **7691.65** |

Payrolls by Paychex, Inc.

0940 Y426-P151  Substitute Teacher Service Inc • PO Box 37 • MEDIA PA 19063 • (610) 566-6466

SUBSTITUTE TEACHER SERVICE INC
PO Box 37
MEDIA PA  19063

Y426-P151
ORG: 402 TEACHERS TS
EE ID: ▇▇▇▇    DD

NON-NEGOTIABLE

MURRAY D LEVIN
303 WEST AVE
JENKINTOWN PA  19046

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Murray D Levin
303 West Ave
Jenkintown, PA  19046
**Employee ID:** ▇▇▇▇

**Home Department:** 402 TEACHERS STS

**Pay Period:** 03/16/25 **to** 03/29/25
**Check Date:** 04/09/25    **Check #:** 205680

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 539 | 1186.02 | 7533.12 |
| **NET PAY** | **1186.02** | **7533.12** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular Earnings | 8.0000 | 182.0000 | 1456.00 | 50.5000 | 9191.00 |
| | | **Total Hours** | 8.0000 | | | 50.5000 | |
| | | **Total Hrs Worked** | 8.0000 | | | | |
| | | **Gross Earnings** | | | 1456.00 | | 9191.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 90.27 | 569.84 |
| | Medicare | | 21.11 | 133.27 |
| | Fed Income Tax | SMS | 96.32 | 560.27 |
| | PA Income Tax | | 44.70 | 282.16 |
| | PA Unemploy | | 1.02 | 6.43 |
| | PA ASTON-Del In | | 14.56 | 91.91 |
| | PA LMAL1-Lan LS | | 2.00 | 14.00 |
| | **TOTAL** | | 269.98 | 1657.88 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1186.02** | **7533.12** |

*Payrolls by Paychex, Inc.*

0940 Y426-P151  Substitute Teacher Service Inc • PO Box 37 • MEDIA PA  19063 • (610) 566-6466

SUBSTITUTE TEACHER SERVICE INC
PO Box 37
MEDIA PA 19063

Y426-P151
ORG: 402 TEACHERS TS
EE ID: ■■■■■    DD

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.
NON-NEGOTIABLE
NON-NEGOTIABLE

MURRAY D LEVIN
303 WEST AVE
JENKINTOWN PA  19046

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Murray D Levin | | |
| 303 West Ave | | |
| Jenkintown, PA  19046 | | |
| **Employee ID:** ■■■■ | | |
| **Home Department:** 402 TEACHERS STS | | |
| **Pay Period:** 03/02/25 **to** 03/15/25 | | |
| **Check Date:** 03/26/25   **Check #:** 201725 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 539 | 1463.43 | 6347.10 |
| **NET PAY** | **1463.43** | **6347.10** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular Earnings | 10.0000 | 182.0000 | 1820.00 | 42.5000 | 7735.00 |
| | | **Total Hours** | 10.0000 | | | 42.5000 | |
| | | **Total Hrs Worked** | 10.0000 | | | | |
| | | **Gross Earnings** | | | 1820.00 | | 7735.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 112.84 | 479.57 |
| | Medicare | | 26.39 | 112.16 |
| | Fed Income Tax | SMS | 140.00 | 463.95 |
| | PA Income Tax | | 55.87 | 237.46 |
| | PA Unemploy | | 1.27 | 5.41 |
| | PA ASTON-Del In | | 18.20 | 77.35 |
| | PA LMAL1-Lan LS | | 2.00 | 12.00 |
| | **TOTAL** | | 356.57 | 1387.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1463.43** | **6347.10** |

Payrolls by Paychex, Inc.

0940 Y426-P151  Substitute Teacher Service Inc • PO Box 37 • MEDIA PA 19063 • (610) 566-6466

SUBSTITUTE TEACHER SERVICE INC
PO Box 37
MEDIA PA  19063

Y426-P151
ORG: 402 TEACHERS TS
EE ID: ████    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

MURRAY D LEVIN
303 WEST AVE
JENKINTOWN PA  19046

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Murray D Levin | | |
| 303 West Ave | | |
| Jenkintown, PA  19046 | | |
| **Employee ID:** ████ | | |
| **Home Department:** 402 TEACHERS STS | | |
| **Pay Period:** 02/16/25 **to** 03/01/25 | | |
| **Check Date:** 03/12/25   **Check #:** 197934 | | |

| NET PAY ALLOCATIONS | | |
|---|---|---|
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 539 | 908.62 | 4883.67 |
| **NET PAY** | **908.62** | **4883.67** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular Earnings | 6.0000 | 182.0000 | 1092.00 | 32.5000 | 5915.00 |
| | | **Total Hours** | 6.0000 | | | 32.5000 | |
| | | **Total Hrs Worked** | 6.0000 | | | | |
| | | **Gross Earnings** | | | 1092.00 | | 5915.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 67.70 | 366.73 |
| | Medicare | | 15.84 | 85.77 |
| | Fed Income Tax | SMS | 52.64 | 323.95 |
| | PA Income Tax | | 33.52 | 181.59 |
| | PA Unemploy | | 0.76 | 4.14 |
| | PA ASTON-Del In | | 10.92 | 59.15 |
| | PA LMAL1-Lan LS | | 2.00 | 10.00 |
| | **TOTAL** | | 183.38 | 1031.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **908.62** | **4883.67** |