**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  MURRAY D. LEVIN            : | |
| : | Chapter 7 |
| Debtor            : | Case No. 25-11829 djb |

**NOTICE OF CHANGE FROM NO ASSET TO ASSET AND REQUEST TO THE CLERK TO FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

**LYNN E. FELDMAN, ESQUIRE**, the Trustee in the above-captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar to file claims against the estate.

Dated: _7/9/2025_        BY:    */s/ Lynn E. Feldman*
                                              LYNN E. FELDMAN, ESQUIRE
                                              Chapter 7 Trustee
                                              I.D.# 35996
                                              FELDMAN LAW OFFICES, P.C.
                                              2310 Walbert Ave., Ste 103
                                              Allentown, PA 18104
                                              Telephone: (610) 530-9285
                                              Facsimile: (610) 437-7011
                                              trustee.feldman@rcn.com