United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 25-11829-djb
Murray D. Levin                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Jul 10, 2025    Form ID: 139    Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Murray D. Levin, 303 West Ave, Jenkintown, PA 19046-2027 |
| 15006555 | | Citi/L.L. Bean, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, Sioux Falls, SD 57117-0040 |
| 15006557 | | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15006566 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15006569 | + | Mitchell R Owen, 708 Preston Road, Glenside, PA 19038-7327 |
| 15006574 | + | Power Pay Llc, Attn: Bankruptcy, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |
| 15006575 | + | Republic First Bank, Two Liberty Place, 50 S 16th Street Suite 2400, Philadelphia, PA 19102-2526 |
| 15006586 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jul 11 2025 04:16:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 11 2025 04:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 11 2025 00:17:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15006550 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2025 00:20:20 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15009514 | + | Email/Text: bkfilings@zwickerpc.com | Jul 11 2025 00:17:00 | American Express National Bank, C/O Paige M. Taylor, 80 Minuteman Road, PO BOX 9043, Andover, MA 01810-0943 |
| 15006551 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 00:19:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15006552 | | Email/Text: bankruptcy@arvest.com | Jul 11 2025 00:17:00 | Arvest Bank, Attn: Bankruptcy, 801 John Barrow Rd, Lowell, AR 72705 |
| 15006553 | + | EDI: BANKAMER | Jul 11 2025 04:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15006554 | | EDI: TSYS2 | Jul 11 2025 04:16:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15006556 | + | EDI: CITICORP | Jul 11 2025 04:16:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

Case 25-11829-djb    Doc 25    Filed 07/12/25    Entered 07/13/25 00:34:17    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2025 | Form ID: 139 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15006558 | | EDI: CITICORP | Jul 11 2025 04:16:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15006559 | + | EDI: WFNNB.COM | Jul 11 2025 04:16:00 | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15006560 | + | EDI: WFNNB.COM | Jul 11 2025 04:16:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15006561 | | EDI: DISCOVER | Jul 11 2025 04:16:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15006568 | | EDI: CITICORP | Jul 11 2025 04:16:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15006562 | + | Email/Text: bk@freedomfinancialnetwork.com | Jul 11 2025 00:17:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 15006563 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2025 00:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15006564 | | EDI: IRS.COM | Jul 11 2025 04:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15006565 | | EDI: JPMORGANCHASE | Jul 11 2025 04:16:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15027332 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 11 2025 00:17:00 | KeyBank, Attn: Commercial Loan Department, Po Box 94525, Cleveland, OH 44101-4525 |
| 15006567 | | EDI: CAPITALONE.COM | Jul 11 2025 04:16:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15006570 | | Email/Text: e-bankruptcy@nasafcu.com | Jul 11 2025 00:17:00 | NASA Federal Credit Union, Attn: Bankruptcy, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 15006571 | | Email/Text: fesbank@attorneygeneral.gov | Jul 11 2025 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15006572 | | EDI: PENNDEPTREV | Jul 11 2025 04:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15006573 | ^ | MEBN | Jul 11 2025 00:13:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15006576 | | EDI: SYNC | Jul 11 2025 04:16:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006577 | | EDI: SYNC | Jul 11 2025 04:16:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 15006578 | + | EDI: SYNC | Jul 11 2025 04:16:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006579 | + | EDI: SYNC | Jul 11 2025 04:16:00 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006580 | | EDI: SYNC | Jul 11 2025 04:16:00 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006581 | | EDI: SYNC | Jul 11 2025 04:16:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15006582 | + | Email/Text: synovusbankruptcy@synovus.com | Jul 11 2025 00:17:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 15006583 | | EDI: TDBANKNORTH.COM | Jul 11 2025 04:16:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15006584 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 11 2025 00:17:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

| | | | |
|---|---|---|---|
| 15006585 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 11 2025 00:17:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15006587 | EDI: USBANKARS.COM | Jul 11 2025 04:16:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15006588 | EDI: USBANKARS.COM | Jul 11 2025 04:16:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15006772 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 11 2025 00:30:45 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Murray D. Levin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Murray D. Levin
303 West Ave
Jenkintown, PA 19046−2027

Debtor(s)                                                                 Case No: 25−11829−djb

                                                                          Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−5869

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 10/14/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 7/10/25

24
Form 139