**I IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MURRY D LEVIN | : |
| | : |
| | :    Case No. 25-11829-djb |
| Debtor | :    CHAPTER 7 |

## PRAECIPE TO WITHDRAW DOCKET ENTRY #22

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw docket entry #22, filed in error.

Date: 7/15/2025               By: /s/ Lynn E. Feldman
                                  Lynn E. Feldman, Esquire
                                  Attorney for Debtor
                                  Attorney ID No.35996
                                  2310 Walbert Ave.
                                  Allentown, PA 18104
                                  Phone: (610) 530-9285