IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MURRY D LEVIN : | |
| : | |
| : | Case No. 25-11829-djb |
| Debtor : | CHAPTER 7 |

## PRAECIPE TO WITHDRAW DOCKET ENTRY #22

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw docket entry #22, filed in error.

Date: 7/15/2025          By: /s/ Lynn E. Feldman
                             Lynn E. Feldman, Esquire
                             Attorney for Debtor
                             Attorney ID No.35996
                             2310 Walbert Ave.
                             Allentown, PA 18104
                             Phone: (610) 530-9285