IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO APPLICATION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO EMPLOY KARALIS PC AS COUNSEL

**TO:   THE HONORABLE DEREK J. BAKER,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on July 9, 2025 a copy of the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel and Bankruptcy Rule 2002 Parties in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE**, proposed counsel to the Trustee respectfully requests that the Application be approved.

                                                          **Respectfully submitted,**

                                                          **KARALIS PC**

                                                          By:   /s/ Robert W. Seitzer
                                                                 ROBERT W. SEITZER
                                                                 1900 Spruce Street
                                                                 Philadelphia, PA 19103
                                                                 (215) 546-4500
                                                                 rseitzer@karalislaw.com

                                                                 *Proposed Counsel to the Trustee*

Dated: July 17, 2025