IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| MURRAY D. LEVIN | : BANKRUPTCY NO. 25-11829 (DJB) |
| | : |
| Debtor | : |
| | : |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on July 17, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By:  /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Proposed Counsel to the Trustee*

Dated: July 17, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for the Debtor*