IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with <u>In Re Busy Beaver Building Centers, Inc.</u>, 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: **July 21, 2025**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE