# **<u>EXHIBIT "B"</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| MURRAY D. LEVIN | : BANKRUPTCY NO. 25-11829 (DJB) |
| | : |
| Debtor | : |
| | : |

DECLARATION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE,
IN SUPPORT OF THE MOTION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE,
FOR APPROVAL OF A SETTLEMENT AGREEMENT AND MUTUAL RELEASE
BETWEEN THE TRUSTEE, THE DEBTOR AND MICHELE LEVIN
PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a)

The undersigned hereby swears and affirms pursuant to 28 U.S.C. § 1746 that the following information is true and correct to the best of her knowledge, information and belief:

1. I am the Chapter 7 Trustee of the above-referenced bankruptcy estate.

2. On November 13, 2025, I filed the Motion of Lynn E. Feldman, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee, the Debtor and Michele Levin Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion").

3. I reviewed the Motion prior its filing with the Court.

4. All of the facts and averments set forth in the Motion are true and correct and I offer these facts and averments in support of the relief sought in the Motion.

5. I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Lynn E. Feldman
                                              Lynn E. Feldman,
                                              Chapter 7 Trustee

Dated: November 13, 2025