# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **MURRAY D. LEVIN** | : | **BANKRUPTCY NO. 25-11829 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Lynn E. Feldman, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee, the Debtor and Michele Levin Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The terms of the Agreement are incorporated into this Order as if fully set forth at length.

4. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement.

5. Within five (5) business days after the Effective Date, the Trustee shall retain the Trustee Retained Funds in the amount of $65,000.00 and distribute the Returned Funds to the Levins.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

      6.      This Court shall retain jurisdiction to interpret and enforce the terms of this Order and the Agreement.

**BY THE COURT:**

Dated: _____

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE