**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Murray D. Levin,<br><br>        *Debtor*. | Case No. 25-11829-DJB<br>Chapter 7 |

# O R D E R

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion of the Debtor for Entry of an Order Compelling the Chapter 7 Trustee to Abandon Certain Estate Assets Pursuant to 11 U.S.C. § 554(b) (the "Motion") and, after notice and hearing, it is hereby:

1.  **ORDERED**, that the Motion is **GRANTED**; and it is further,

2.  **ORDERED**, that the entry of this Order shall be deemed to constitute the abandonment of the bankruptcy estate's thirty-three (33%) percent interest in 400 Greenwood Partnership (*as defined in the Motion*) by the Trustee back to the Debtor.

        BY THE COURT:

        _____
        **THE HONORABLE DEREK J. BAKER**
        **UNITED STATES BANKRUPTCY JUDGE**