**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Murray D. Levin,<br><br>*Debtor*. | Case No. 25-11829-DJB<br>Chapter 7 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on November 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion (ECF No. 36) and Proposed Order

- Notice of Motion (ECF No. 37)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: November 18, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Lynn E. Feldman, Esquire**
Chapter 7 Bankruptcy Trustee
Feldman Law Offices, PC
2310 Walbert Avenue, Suite 103
Allentown, PA 18104

**Mailing List Exhibit - First Class Mail:**

**American Express National Bank, AENB**
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

**Capital One, N.A.**
P.O. Box 3025
New Albany, OH 43054-3025

**Citibank, N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Jefferson Capital Systems, LLC**
P.O. Box 7999
Saint Cloud, MN 56302-9617

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

**NASA Federal Credit Union**
P.O. Box 1588
Bowie, MD 20717

**U.S. Bank National Association**
Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108