**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Murray D. Levin,<br><br>                           *Debtor*. | Case No. 25-11829-DJB<br>Chapter 7 |

**Certification of No Answer, Objection, or
Other Responsive Pleading**

1. Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the Motion to Compel Abandonment by the Chapter 7 Trustee of Certain Estate Assets Pursuant to 11 U.S.C. § 554(b) and Fed. R. Bankr. P. 6007(b) was served to all interested parties via Electronic Means or Via First Class Mail.

2. As of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk′s Office or served on the undersigned.

**WHEREFORE**, the undersigned respectfully requests an Order be entered.

Date: December 3, 2025

                                                      CIBIK LAW, P.C.
                                                      *Counsel for Debtor*

                                                      By: _____
                                                      Michael A. Cibik (#23110)
                                                      1500 Walnut Street, Suite 900
                                                      Philadelphia, PA 19102
                                                      215-735-1060
                                                      mail@cibiklaw.com