# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| MURRAY D. LEVIN | : BANKRUPTCY NO. 25-11829 (DJB) |
| | : |
| Debtor | : |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on December 4, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Motion of Lynn E. Feldman, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee, the Debtor and Michele Levin Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a).

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Counsel to the Trustee*

Dated: December 4, 2025

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for the Debtor*

**VIA E-MAIL**

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
mhamermesh@hangley.com
*Attorneys for the Debtor and Michele Levin*