UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Murray D. Levin,<br><br>                       *Debtor.* | Case No. 25-11829-DJB<br>Chapter 7 |

**ORDER**

**AND NOW**, this 9th day of December 2025, upon consideration of the Motion of the Debtor for Entry of an Order Compelling the Chapter 7 Trustee to Abandon Certain Estate Assets Pursuant to 11 U.S.C. § 554(b) (the "Motion") and, after notice and hearing, it is hereby:

1.     **ORDERED**, that the Motion is **GRANTED**; and it is further,

2.     **ORDERED**, that the entry of this Order shall be deemed to constitute the abandonment of the bankruptcy estate's thirty-three (33%) percent interest in 400 Greenwood Partnership (*as defined in the Motion*) by the Trustee back to the Debtor.

3.     For the reasons stated on the record and for cause shown, court limits notice of the motion to the parties identified on Dkt. No. 38 pursuant to Fed. R. Bankr. P. 6007(b)

                                                                       **BY THE COURT:**

                                                                       **THE HONORABLE DEREK J. BAKER**
                                                                       **UNITED STATES BANKRUPTCY JUDGE**