United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11829-djb |
| Murray D. Levin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Murray D. Levin, 303 West Ave, Jenkintown, PA 19046-2027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Murray D. Levin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Lynn E. Feldman, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee, the Debtor and Michele Levin Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The terms of the Agreement are incorporated into this Order as if fully set forth at length.

4. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement.

5. Within five (5) business days after the Effective Date, the Trustee shall retain the Trustee Retained Funds in the amount of $65,000.00 and distribute the Returned Funds to the Levins.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6.  This Court shall retain jurisdiction to interpret and enforce the terms of this Order and the Agreement.

BY THE COURT:

Dated: **December 9, 2025**

DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE

2