United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11829-djb |
| Murray D. Levin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: 238 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Karalis, PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 19, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Murray D. Levin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Dec 17, 2025 Form ID: 238 Total Noticed: 1
TOTAL: 5

*Form 238* (3/23)–doc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Murray D. Levin ) Case No. 25−11829−djb
)
)
Debtor(s). ) Chapter: 7
)
)

## CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 or Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601 on or before .

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Adversary Complaints | none | |
| Motion to Convert | none | |
| Motion to Reopen | none | |
| | TOTAL: | $0.00 |

Date: December 17, 2025

For The Court

Mohung Wong
Clerk of Court