# **EXHIBIT "A"**

December 31, 2025

Lynn Feldman
2310 Walbert Avenue
Suite 103
Allentown, PA 18104 USA
Attention:

MATTER: 7076-a
INVOICE: 1903

Murray D. Levin

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-09-25 | Review of Charles Schwab account statements provided by Debtor | 0.30 | 157.50 | RWS |
| | Review of Schedules & SOFA to determine potential assets & issues | 0.60 | 315.00 | RWS |
| | Research joint tenancy transfer issues | 2.30 | 1,207.50 | RWS |
| | Letter Brief to Cibik re: fraudulent transfer | 1.80 | 945.00 | RWS |
| Jul-10-25 | Review email from Gruber re: fraudulent transfer | 0.10 | 52.50 | RWS |
| | Telephone conference with Feldman re: fraudulent transfer | 0.30 | 157.50 | RWS |
| | Prepared email to Gruber re: payment of fraudulent transfer | 0.10 | 52.50 | RWS |
| Jul-11-25 | Prepared email to Gruber re: fraudulent transfer | 0.10 | 52.50 | RWS |
| Jul-14-25 | Prepared email to Feldman re: Settlement of fraudulent transfer | 0.10 | 52.50 | RWS |
| | Prepared email to Gruber re: Settlement of fraudulent transfer | 0.10 | 52.50 | RWS |
| Aug-05-25 | Review correspondence from Hamermesh re: turnover of monies paid to Trustee | 0.20 | 105.00 | RWS |
| | Research cases cited by Hamermesh re: turnover of monies paid to Trustee | 3.70 | 1,942.50 | RWS |
| Aug-07-25 | Letter Brief to Hamermesh re: turnover of Settlement Funds | 1.30 | 682.50 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-18-25 | Research re: entireties presumption issues | 2.30 | 1,207.50 | RWS |
| Sep-16-25 | Telephone conference with Feldman re: demand for return of funds | 0.10 | 52.50 | RWS |
| Sep-18-25 | Letter to Hamermesh re: return of funds | 0.40 | 210.00 | RWS |
| Oct-14-25 | Additional research re: titling accounts & entireties property | 1.60 | 840.00 | RWS |
| Oct-15-25 | Telephone conference with Feldman re: Settlement with Debtor | 0.10 | 52.50 | RWS |
| Oct-31-25 | Telephone conference with Hammermesh re: Settlement Discussions re: money turned over | 0.30 | 157.50 | RWS |
|  | Prepared email to Feldman re: money turned over | 0.10 | 52.50 | RWS |
| Nov-01-25 | Letter to Hammermesh re: dispute over funds provided to the Trustee | 0.40 | 210.00 | RWS |
| Nov-04-25 | Telephone conference with Hammermesh re: potential Settlement of Funds held by Trustee | 0.20 | 105.00 | RWS |
|  | Prepared email to Hammermesh re: Counter-offer on Funds | 0.10 | 52.50 | RWS |
| Nov-05-25 | Prepared Settlement Agreement with Levin re: funds held by Trustee | 2.20 | 1,155.00 | RWS |
| Nov-10-25 | Prepared revised Settlement Agreement with revisions by Levin | 0.50 | 262.50 | RWS |
| Nov-13-25 | Prepared 9019 Motion re: Settlement with Levin | 1.40 | 735.00 | RWS |
| Dec-09-25 | Zoom Court Appearance re: 9019 Motion & Motion to Compel Abandonment | 0.20 | 105.00 | RWS |
| Dec-16-25 | Prepared (2) emails to Hamermesh re: finalizing Settlement | 0.10 | 52.50 | RWS |
|  | Prepared email to Feldman re: finalizing Settlement | 0.10 | 52.50 | RWS |
|  | Telephone conference with Feldman re: finalizing Settlement | 0.20 | 105.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-22-25 | Prepared email to Hamermesh re: timing of Settlement Payment | 0.10 | 52.50 | RWS |
| Dec-04-25 | Review of docket & prepare CONR to 9019 Motion | 0.30 | 54.00 | JH |
| | Totals | 21.70 | $11,289.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 21.40 | $525.00 | $11,235.00 |
| Jill Hysley | 0.30 | $180.00 | $54.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Certificate of No Objection - Copy Charge | 1.00 |
| | Motion - Copy Charge | 0.60 |
| | Notice - Copy Charge | 35.60 |
| | Fee Application - Copy Charge | 5.00 |
| Jul-09-25 | Mail - Correspondence - 1 - Levin | 3.17 |
| Jul-31-25 | Pacer Service Charges for July | 9.60 |
| Nov-13-25 | Mail - Notice - 44 - Levin | 32.56 |
| Dec-31-25 | Mail - Notice - 44 - Levin | 32.56 |
| | Totals | $120.09 |

| | | |
|---|---|---|
| | **Balance Due Now** | **$11,409.09** |