IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on January 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, For the Period July 9, 2025 through December 31, 2025 (the "Application") and

- Notice of the Application.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

KARALIS PC

By:  /s/ Robert W. Seitzer
    ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: January 22, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for the Debtor*