**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on January 22, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, For the Period July 9, 2025 through December 31, 2025.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: January 22, 2026

Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL ON ALL CREDITORS**

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Arvest Bank
Attn: Bankruptcy
801 John Barrow Rd
Lowell, AR 72705

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Capital One, N.A., successor by merger to Discover
PO Box 3025
New Albany, OH 43054-3025

Citi/L.L. Bean
Attn: Citicorp Centralized Bankruptcy
PO Box 790040
Sioux Falls, SD 57117-0040

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

Citibank/Sears
Citicorp Cr Srvs/Centralized Bankruptcy
St Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Citibank N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Comenity Bank/Jared
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Wayfair
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

FreedomPlus
Attn: Bankruptcy
1875 South Grant St, Ste 400
San Mateo, CA 94402

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

KeyBank
Attn: Commercial Loan Department
Po Box 94525
Cleveland, OH 44101-4525

Kia Motors Finance
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street Nor
Sioux Falls, SD 57104

Mitchell R Owen
708 Preston Road
Glenside, PA 19038

NASA Federal Credit Union
PO Box 1588
Bowie, MD 20717

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Power Pay Llc
Attn: Bankruptcy
2900 Horizon Dr Suite 200
King of Prussia, PA 19406

Republic First Bank
Two Liberty Place
50 S 16th Street Suite 2400
Philadelphia, PA 19102

Syncb/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965064
Orlando, FL 32896-5060

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

Synovus Bank
Attn: Bankruptcy
1111 Bay Avenue
Columbus, GA 31901

TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Lewiston, ME 04243

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Us Bk Cacs
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438