IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| MURRAY D. LEVIN | : BANKRUPTCY NO. 25-11829 (DJB) |
| | : |
| Debtor | : |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR
THE PERIOD JULY 9, 2025 THROUGH DECEMBER 31, 2025**

TO:  THE HONORABLE DEREK J. BAKER,
     United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on January 22, 2026 a copy of the Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period July 9, 2025 through December 31, 2025 (the "Application") was served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties, interested parties and all creditors in the above-captioned proceeding. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

WHEREFORE, counsel to the Trustee respectfully requests that the Application be approved.

Respectfully submitted,

**KARALIS PC**

By:  /s/ Robert W. Seitzer
     ROBERT W. SEITZER
     1900 Spruce Street
     Philadelphia, PA 19103
     (215) 546-4500
     Counsel to the Trustee

Dated: February 6, 2026