### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| Debtor | : | |

### ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period July 9, 2025 through December 31, 2025 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $11,289.00 for services rendered and $120.09 for reimbursement of expenses for a total of $11,409.09.

3. The amount awarded herein is hereby made final.

BY THE COURT:

Dated: **February 9, 2026**

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE