United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11829-djb |
| Murray D. Levin | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Murray D. Levin, 303 West Ave, Jenkintown, PA 19046-2027 |
| aty | + | Karalis, PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026             Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Murray D. Levin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 2 |

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MURRAY D. LEVIN | : | BANKRUPTCY NO. 25-11829 (DJB) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period July 9, 2025 through December 31, 2025 (the "Application"), it is hereby ORDERED that:

1. The Application is APPROVED.

2. The Applicant is allowed compensation in the amount of $11,289.00 for services rendered and $120.09 for reimbursement of expenses for a total of $11,409.09.

3. The amount awarded herein is hereby made final.

BY THE COURT:

Dated: **February 9, 2026**

DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE