# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MURRAY D. LEVIN | § | Case No. 25-11829-DJB |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/08/2025. The undersigned trustee was appointed on 05/09/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $    65,721.52

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 721.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                    $ | 65,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was 10/14/2025 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,536.08.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $6,536.08, for a total compensation of $6,536.08[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $108.31, for total expenses of $108.31[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 01/22/2026                           By: /s/LYNN E. FELDMAN, TRUSTEE
                                                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 25-11829 | DJB | Judge: | Derek J Baker | Trustee Name: | LYNN E. FELDMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MURRAY D. LEVIN | | | | Date Filed (f) or Converted (c): | 05/08/2025 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2025 |
| For Period Ending: | 01/22/2026 | | | | Claims Bar Date: | 10/14/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 303 West Ave Jenkintown, PA 19046-2027 | 400,560.00 | 0.00 | | 0.00 | FA |
| 2. 2017 Kia Niro | 2,875.00 | 0.00 | | 0.00 | FA |
| 3. Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less. | 400.00 | 0.00 | | 0.00 | FA |
| 4. Various used televisions, mobile devices, and computers, each valued at $600 or less. | 300.00 | 0.00 | | 0.00 | FA |
| 5. Various used articles of clothing, shoes, and accessories, each valued at $600 or less. | 200.00 | 0.00 | | 0.00 | FA |
| 6. Various used pieces of jewelry. | 50.00 | 0.00 | | 0.00 | FA |
| 7. TD Bank Joint Account With Wife, Michele B. Levin Account Number: 4833 | 2,557.00 | 0.00 | | 0.00 | FA |
| 8. Truist (joint account with wife Michele Levin) Account Number: 5513 (u) | 11,389.23 | 0.00 | | 0.00 | FA |
| 9. Charles Schwab Joint Account with Wife, Michele B. Levin (u) | 365,868.49 | 0.00 | | 65,721.52 | FA |
| 10. Levin & Associates, LLC (no assets, not operating) Ownership 100% | 0.00 | 0.00 | | 0.00 | FA |
| 11. Charles Schwab Simple IRA | 162,556.78 | 0.00 | | 0.00 | FA |
| 12. Long Term Care Insurance Policy - TransAmerica Beneficiary: Murray D. Levin | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance Policy, $250,000 - Protective Life Insurance Company Beneficiary: Michele B. Levin | 0.00 | 0.00 | | 0.00 | FA |
| 14. 400 Greenwood Partnership: Used Office Desk and Chairs (25+ years old) - would cost money to dispose of | 0.00 | 0.00 | | 0.00 | FA |
| 15. 400 Greenwood Partnership (owned equally by three partners including debtor) (three-way split of equity in 400 Greenwood Ave property) Ownership: 33.33% | 6,641.99 | 0.00 | OA | 0.00 | FA |
| 16. 400 Greenwood Avenue, Wyncote, PA 19095 (Owned by 400 Greenwood Partnership) (Zillow value 599,900 - 10% closing costs $59,990 - Principal loan balance $519,983.83 = $19,926.17 | 0.00 | 0.00 | | 0.00 | FA |

|  | Gross Value of Remaining Assets | |
|---|---|---|
| TOTALS (Excluding Unknown Values) | $953,398.49 | $0.00 | $65,721.52 | $0.00 |

Exhibit A

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/9/25: debtor transferred Charles Schwab account from joint tenants to tenants by entireties within days of filing bky. Possible fraudulent transfer.
7/15/25: wire transfer on non exempt funds received.
7/30/25: Order signed on app to employ Karalis
8/21/25: received letter from debtor's purported new counsel asking for return of funds
9/18/25: responded, and received further demand letter
11/3/25: reviewed offer, made counter offer
12/9/25: motion to approve compromise entered


Initial Projected Date of Final Report (TFR): 06/30/2026        Current Projected Date of Final Report (TFR): 06/30/2026

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 25-11829 | Trustee Name: | LYNN E. FELDMAN, TRUSTEE | |
| Case Name: | MURRAY D. LEVIN | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX1029 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3102 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/22/2026 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/25 | 9 | Michele Ellyn Levin C/O Charles Schwab & Co. | NON EXEMPT ASSET | 1229-000 | $184,427.89 | | $184,427.89 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.24 | $184,309.65 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.50 | $184,106.15 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.27 | $183,902.88 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $196.51 | $183,706.37 |
| 12/30/25 | 5001 (9) | MURRAY AND MICHELE LEVIN 303 WEST AVE. JENKINTOWN, PA 19046 | RETURN OF FUNDS PURSUANT TO COURT ORDER DATED DECEMBER 9, 2025, DOCKET NUMBER 43  RETURNED AMOUNT IS REDUCED BY THE AMOUNT OF BANK FEES PER THE AGREEMENT | 1229-000 | ($118,706.37) | | $65,000.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $65,721.52 | $721.52 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $65,721.52 | $721.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $65,721.52 | $721.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:    $65,721.52    $721.52

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1029 - Checking | $65,721.52 | $721.52 | $65,000.00 |
|  | $65,721.52 | $721.52 | $65,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $65,721.52 |
| Total Gross Receipts: | $65,721.52 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 25-11829-DJB  
Debtor Name: MURRAY D. LEVIN  
Claims Bar Date: 10/14/2025  
Date: January 22, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | LYNN E. FELDMAN<br>LYNN E. FELDMAN, TRUSTEE<br>2310 WALBERT AVE<br>STE 103<br>ALLENTOWN, PA  18104 | Administrative | | $0.00 | $6,536.08 | $6,536.08 |
| 100 2200 | LYNN E. FELDMAN<br>LYNN E. FELDMAN, TRUSTEE<br>2310 WALBERT AVE<br>STE 103<br>ALLENTOWN, PA  18104 | Administrative | | $0.00 | $108.31 | $108.31 |
| 100 3210 | Karalis PC<br>Robert W. Seitzer, Esq.<br>1900 Spruce Street<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $11,289.00 | $11,289.00 |
| 100 3220 | Karalis PC<br>Robert W. Seitzer, Esq.<br>1900 Spruce Street<br>Philadelphia, PA 19103 | Administrative | | $0.00 | $120.09 | $120.09 |
| 1 300 7100 | American Express National Bank, Aenb<br>C/O Zwicker And Associates, P.C.<br>Attorneys/Agents For Creditor<br>P.O. Box 9043<br>Andover, Ma 01810-1041 | Unsecured | | $0.00 | $10,047.60 | $10,047.60 |
| 2 300 7100 | American Express National Bank, Aenb<br>C/O Zwicker And Associates, P.C.<br>Attorneys/Agents For Creditor<br>P.O. Box 9043<br>Andover, Ma 01810-1041 | Unsecured | | $0.00 | $4,627.24 | $4,627.24 |
| 3 300 7100 | Capital One, N.A., Successor By Merger To Discover<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $3,994.12 | $3,994.12 |
| 4 300 7100 | Nasa Federal Credit Union<br>Po Box 1588<br>Bowie, Md 20717 | Unsecured | | $0.00 | $15,736.73 | $15,736.73 |
| 5 300 7100 | U.S. Bank National Association<br>Bankruptcy Department<br>Po Box 108<br>Saint Louis Mo 63166-0108 | Unsecured | | $0.00 | $3,832.01 | $3,832.01 |

Page 1                                       Printed: January 22, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 25-11829-DJB  
Debtor Name: MURRAY D. LEVIN  
Claims Bar Date: 10/14/2025  
Date: January 22, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Jpmorgan Chase Bank, N.A. S/B/M/T Chase Bank Usa, N.A. C/O National Bankruptcy Services, Llc P.O. Box 9013 Addison, Texas 75001 | Unsecured | | $0.00 | $2,332.58 | $2,332.58 |
| 7 300 7100 | Citibank N.A. Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $2,673.50 | $2,673.50 |
| 8 300 7100 | Citibank N.A. Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $1,757.64 | $1,757.64 |
| 9 300 7100 | JEFFERSON CAPITAL SYSTEMS LLC Po Box 7999 Saint Cloud, Mn 56302-9617 | Unsecured | | $0.00 | $3,046.46 | $3,046.46 |
| 10 300 7100 | JEFFERSON CAPITAL SYSTEMS LLC Po Box 7999 Saint Cloud, Mn 56302-9617 | Unsecured | | $0.00 | $8,879.24 | $8,879.24 |
| | Case Totals | | | $0.00 | $74,980.60 | $74,980.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-11829-DJB
Case Name: MURRAY D. LEVIN
Trustee Name: LYNN E. FELDMAN, TRUSTEE

| Balance on hand | $ | 65,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 6,536.08 | $ 0.00 | $ 6,536.08 |
| Trustee Expenses: LYNN E. FELDMAN | $ 108.31 | $ 0.00 | $ 108.31 |
| Attorney for Trustee Fees: Karalis PC | $ 11,289.00 | $ 0.00 | $ 11,289.00 |
| Attorney for Trustee Expenses: Karalis PC | $ 120.09 | $ 0.00 | $ 120.09 |

| Total to be paid for chapter 7 administrative expenses | $ | 18,053.48 |
| Remaining Balance | $ | 46,946.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,927.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, Aenb | $ 10,047.60 | $ 0.00 | $ 8,286.03 |
| 2 | American Express National Bank, Aenb | $ 4,627.24 | $ 0.00 | $ 3,815.98 |
| 3 | Capital One, N.A., Successor By Merger To Discover | $ 3,994.12 | $ 0.00 | $ 3,293.86 |
| 4 | Nasa Federal Credit Union | $ 15,736.73 | $ 0.00 | $ 12,977.73 |
| 5 | U.S. Bank National Association | $ 3,832.01 | $ 0.00 | $ 3,160.17 |
| 6 | Jpmorgan Chase Bank, N.A. | $ 2,332.58 | $ 0.00 | $ 1,923.63 |
| 7 | Citibank N.A. | $ 2,673.50 | $ 0.00 | $ 2,204.78 |
| 8 | Citibank N.A. | $ 1,757.64 | $ 0.00 | $ 1,449.49 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC | $ 3,046.46 | $ 0.00 | $ 2,512.35 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | $ 8,879.24 | $ 0.00 | $ 7,322.50 |
| | Total to be paid to timely general unsecured creditors | | | $ 46,946.52 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE