United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11829-djb
Murray D. Levin  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf901 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Murray D. Levin, 303 West Ave, Jenkintown, PA 19046-2027 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| 15006557 | | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15006566 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15006569 | + | Mitchell R Owen, 708 Preston Road, Glenside, PA 19038-7327 |
| 15006571 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15006574 | + | Power Pay Llc, Attn: Bankruptcy, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |
| 15006575 | + | Republic First Bank, Two Liberty Place, 50 S 16th Street Suite 2400, Philadelphia, PA 19102-2526 |
| 15006586 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 07 2026 00:31:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15006550 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 07 2026 00:39:26 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15009514 | + | Email/Text: bkfilings@zwickerpc.com | Mar 07 2026 00:31:00 | American Express National Bank, C/O Paige M. Taylor, 80 Minuteman Road, PO BOX 9043, Andover, MA 01810-0943 |
| 15028054 | + | Email/Text: bkfilings@zwickerpc.com | Mar 07 2026 00:31:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15006551 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2026 00:39:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15006552 | | Email/Text: bankruptcy@arvest.com | Mar 07 2026 00:31:00 | Arvest Bank, Attn: Bankruptcy, 801 John Barrow Rd, Lowell, AR 72705 |
| 15006553 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 07 2026 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15006554 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 07 2026 00:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15029409 | | Email/Text: mrdiscen@discover.com | Mar 07 2026 00:31:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15006555 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2026 00:39:19 | Citi/L.L. Bean, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, Sioux Falls, SD 57117-0040 |
| 15006556 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2026 00:39:28 | Citibank, Citicorp Cr Srvs/Centralized |

Case 25-11829-djb  Doc 57  Filed 03/08/26  Entered 03/09/26 01:34:11  Desc Imaged
Certificate of Notice    Page 2 of 8

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf901 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15038892 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2026 00:39:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15006558 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2026 00:39:37 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15006559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2026 00:31:00 | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15006560 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2026 00:31:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15006561 | | Email/Text: mrdiscen@discover.com | Mar 07 2026 00:31:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15006568 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2026 00:39:37 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15006562 | + | Email/Text: bk@freedomfinancialnetwork.com | Mar 07 2026 00:31:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 15006563 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 07 2026 00:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15006564 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2026 00:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15050925 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2026 00:31:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15038045 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2026 00:39:12 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 15037850 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 07 2026 00:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15006565 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15027332 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 07 2026 00:31:00 | KeyBank, Attn: Commercial Loan Department, Po Box 94525, Cleveland, OH 44101-4525 |
| 15006567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2026 00:39:12 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15006570 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 07 2026 00:31:00 | NASA Federal Credit Union, Attn: Bankruptcy, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 15033143 | | Email/Text: e-bankruptcy@nasafcu.com | Mar 07 2026 00:31:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 15006572 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15006573 | ^ | MEBN | Mar 07 2026 00:23:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15038657 | | Email/Text: bnc-quantum@quantum3group.com | Mar 07 2026 00:31:00 | Quantum3 Group LLC as agent for, Wallet Wizard, PO Box 788, Kirkland, WA 98083-0788 |
| 15006576 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:24 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006577 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:12 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 15006578 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

Case 25-11829-djb    Doc 57    Filed 03/08/26    Entered 03/09/26 01:34:11    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf901 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15006579 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:12 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006580 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:12 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15006581 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2026 00:39:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15006582 | + | Email/Text: synovusbankruptcy@synovus.com | Mar 07 2026 00:31:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 15006583 | | Email/Text: bankruptcy@td.com | Mar 07 2026 00:31:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15006584 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 07 2026 00:31:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15006585 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 07 2026 00:31:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15035484 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 07 2026 00:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15006587 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 07 2026 00:31:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15006588 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 07 2026 00:31:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15006772 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 07 2026 00:39:32 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Karalis, PC, 1900 Spruce Street, Philadelphia, Pa 19103-6605 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2026           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| District/off: 0313-2 | User: admin |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf901 |

Page 4 of 4
Total Noticed: 54

| | |
|---|---|
| LYNN E. FELDMAN | on behalf of Trustee LYNN E. FELDMAN feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Murray D. Levin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
 §
MURRAY D. LEVIN § Case No. 25-11829-DJB
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on March 31, 2026, at the:

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Courtroom #2
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/06/2026     By: LYNN E. FELDMAN
                                 TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
MURRAY D. LEVIN § Case No. 25-11829-DJB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 65,721.52 |
| and approved disbursements of | $ | 721.52 |
| leaving a balance on hand of[1] | $ | 65,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 6,536.08 | $ 0.00 | $ 6,536.08 |
| Trustee Expenses: LYNN E. FELDMAN | $ 108.31 | $ 0.00 | $ 108.31 |
| Attorney for Trustee Fees: Karalis PC | $ 11,289.00 | $ 0.00 | $ 11,289.00 |
| Attorney for Trustee Expenses: Karalis PC | $ 120.09 | $ 0.00 | $ 120.09 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 18,053.48 |
| Remaining Balance | $ 46,946.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,927.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, Aenb | $ 10,047.60 | $ 0.00 | $ 8,286.03 |
| 2 | American Express National Bank, Aenb | $ 4,627.24 | $ 0.00 | $ 3,815.98 |
| 3 | Capital One, N.A., Successor By Merger To Discover | $ 3,994.12 | $ 0.00 | $ 3,293.86 |
| 4 | Nasa Federal Credit Union | $ 15,736.73 | $ 0.00 | $ 12,977.73 |
| 5 | U.S. Bank National Association | $ 3,832.01 | $ 0.00 | $ 3,160.17 |
| 6 | Jpmorgan Chase Bank, N.A. | $ 2,332.58 | $ 0.00 | $ 1,923.63 |
| 7 | Citibank N.A. | $ 2,673.50 | $ 0.00 | $ 2,204.78 |
| 8 | Citibank N.A. | $ 1,757.64 | $ 0.00 | $ 1,449.49 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC | $ 3,046.46 | $ 0.00 | $ 2,512.35 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | $ 8,879.24 | $ 0.00 | $ 7,322.50 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 46,946.52 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: LYNN E. FELDMAN
                              TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*2310 WALBERT AVE.*
*SUITE 103*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.