IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEVIN, MURRAY D.                           CHAPTER 7

      Debtor(s)                           **Case No.** 25-11829-DJB

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this      day of                          2026, upon consideration of the

Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS

HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

**Date: March 31, 2026**

_____
The Honorable Derek J Baker
United States Bankruptcy Judge