**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| **LEVIN, MURRAY D.** | ) **Chapter 7** |
| | ) |
| | ) **Case No.  25-11829-DJB** |
| | ) |
| | ) |
| **Debtor(s)** | ) |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, this _____ day of _____, 2026, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $6,536.08 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $108.31 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**Date: March 31, 2026**

_____
Derek J Baker
United States Bankruptcy Judge