## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MURRAY D. LEVIN | § | Case No. 25-11829-DJB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LYNN E. FELDMAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 172,723.77
*(Without deducting any secured claims)*

Assets Exempt: 780,674.72

Total Distributions to Claimants: 46,946.52

Claims Discharged
Without Payment: 761,301.75

Total Expenses of Administration: 18,775.00

3) Total gross receipts of $65,721.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $65,721.52 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,775.00 | 18,775.00 | 18,775.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 803,651.15 | 56,927.12 | 56,927.12 | 46,946.52 |
| **TOTAL DISBURSEMENTS** | $803,651.15 | $75,702.12 | $75,702.12 | $65,721.52 |

4)  This case was originally filed under chapter 7 on 05/08/2025.  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2026                    By:/s/LYNN E. FELDMAN, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charles Schwab Joint Account with Wife, Michele B. Levin | 1229-000 | 65,721.52 |
| TOTAL GROSS RECEIPTS | | $65,721.52 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYNN E. FELDMAN | 2100-000 | NA | 6,536.08 | 6,536.08 | 6,536.08 |
| LYNN E. FELDMAN | 2200-000 | NA | 108.31 | 108.31 | 108.31 |
| Axos Bank | 2600-000 | NA | 721.52 | 721.52 | 721.52 |
| Karalis PC | 3210-000 | NA | 11,289.00 | 11,289.00 | 11,289.00 |
| Karalis PC | 3220-000 | NA | 120.09 | 120.09 | 120.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $18,775.00 | $18,775.00 | $18,775.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Goldman Sachs Bank USA | | 2,312.00 | NA | NA | 0.00 |
| | KeyBank | | 45,782.15 | NA | NA | 0.00 |
| | Mitchell R Owen | | 850.00 | NA | NA | 0.00 |
| | Republic First Bank | | 650,000.00 | NA | NA | 0.00 |
| | Syncb/Venmo | | 8,383.00 | NA | NA | 0.00 |
| | Synovus Bank | | 4,359.00 | NA | NA | 0.00 |
| | TD Bank, N.A. | | 4,621.00 | NA | NA | 0.00 |
| | US Bank/RMS | | 4,696.00 | NA | NA | 0.00 |
| | Us Bk Cacs | | 4,696.00 | NA | NA | 0.00 |
| | Wells Fargo Bank, N.A. | | 25,622.00 | NA | NA | 0.00 |
| 1 | American Express National Bank, Aenb | 7100-000 | 10,660.00 | 10,047.60 | 10,047.60 | 8,286.03 |
| 2 | American Express National Bank, Aenb | 7100-000 | 4,627.00 | 4,627.24 | 4,627.24 | 3,815.98 |
| 3 | Capital One, N.A., Successor By Merger To Discover | 7100-000 | 4,194.00 | 3,994.12 | 3,994.12 | 3,293.86 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Citibank N.A. | 7100-000 | 1,592.00 | 2,673.50 | 2,673.50 | 2,204.78 |
| 8 | Citibank N.A. | 7100-000 | 1,357.00 | 1,757.64 | 1,757.64 | 1,449.49 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 8,491.00 | 8,879.24 | 8,879.24 | 7,322.50 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 2,723.00 | 3,046.46 | 3,046.46 | 2,512.35 |
| 6 | Jpmorgan Chase Bank, N.A. | 7100-000 | 2,466.00 | 2,332.58 | 2,332.58 | 1,923.63 |
| 4 | Nasa Federal Credit Union | 7100-000 | 12,965.00 | 15,736.73 | 15,736.73 | 12,977.73 |
| 5 | U.S. Bank National Association | 7100-000 | 3,255.00 | 3,832.01 | 3,832.01 | 3,160.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $803,651.15 | $56,927.12 | $56,927.12 | $46,946.52 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 25-11829 | DJB | Judge: | Derek J Baker | Trustee Name: | LYNN E. FELDMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MURRAY D. LEVIN | | | | Date Filed (f) or Converted (c): | 05/08/2025 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2025 |
| For Period Ending: | 07/20/2026 | | | | Claims Bar Date: | 10/14/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  303 West Ave Jenkintown, PA 19046-2027 | 400,560.00 | 0.00 | | 0.00 | FA |
| 2.  2017 Kia Niro | 2,875.00 | 0.00 | | 0.00 | FA |
| 3.  Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less. | 400.00 | 0.00 | | 0.00 | FA |
| 4.  Various used televisions, mobile devices, and computers, each valued at $600 or less. | 300.00 | 0.00 | | 0.00 | FA |
| 5.  Various used articles of clothing, shoes, and accessories, each valued at $600 or less. | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Various used pieces of jewelry. | 50.00 | 0.00 | | 0.00 | FA |
| 7.  TD Bank Joint Account With Wife, Michele B. Levin Account Number: 4833 | 2,557.00 | 0.00 | | 0.00 | FA |
| 8.  Truist (joint account with wife Michele Levin) Account Number: 5513 (u) | 11,389.23 | 0.00 | | 0.00 | FA |
| 9.  Charles Schwab Joint Account with Wife, Michele B. Levin (u) | 365,868.49 | 0.00 | | 65,721.52 | FA |
| 10.  Levin & Associates, LLC (no assets, not operating) Ownership 100% | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Charles Schwab Simple IRA | 162,556.78 | 0.00 | | 0.00 | FA |
| 12.  Long Term Care Insurance Policy - TransAmerica Beneficiary: Murray D. Levin | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Term Life Insurance Policy, $250,000 - Protective Life Insurance Company Beneficiary: Michele B. Levin | 0.00 | 0.00 | | 0.00 | FA |
| 14.  400 Greenwood Partnership: Used Office Desk and Chairs (25+ years old) - would cost money to dispose of | 0.00 | 0.00 | | 0.00 | FA |
| 15.  400 Greenwood Partnership (owned equally by three partners including debtor) (three-way split of equity in 400 Greenwood Ave property) Ownership: 33.33% | 6,641.99 | 0.00 | OA | 0.00 | FA |
| 16.  400 Greenwood Avenue, Wyncote, PA 19095 (Owned by 400 Greenwood Partnership) (Zillow value 599,900 - 10% closing costs $59,990 - Principal loan balance $519,983.83 = $19,926.17) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $953,398.49                $0.00                $65,721.52                $0.00

Exhibit 8

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/9/25: debtor transferred Charles Schwab account from joint tenants to tenants by entireties within days of filing bky. Possible fraudulent transfer.
7/15/25: wire transfer on non exempt funds received.
7/30/25: Order signed on app to employ Karalis
8/21/25: received letter from debtor's purported new counsel asking for return of funds
9/18/25: responded, and received further demand letter
11/3/25: reviewed offer, made counter offer
12/9/25: motion to approve compromise entered

Initial Projected Date of Final Report (TFR): 06/30/2026        Current Projected Date of Final Report (TFR): 06/30/2026

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-11829

Case Name: MURRAY D. LEVIN

Taxpayer ID No: XX-XXX3102

For Period Ending: 07/20/2026

Trustee Name: LYNN E. FELDMAN, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1029

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/25 | 9 | Michele Ellyn Levin C/O Charles Schwab & Co. | NON EXEMPT ASSET | 1229-000 | $184,427.89 | | $184,427.89 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.24 | $184,309.65 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.50 | $184,106.15 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $203.27 | $183,902.88 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $196.51 | $183,706.37 |
| 12/30/25 | 5001 (9) | MURRAY AND MICHELE LEVIN 303 WEST AVE. JENKINTOWN, PA 19046 | RETURN OF FUNDS PURSUANT TO COURT ORDER DATED DECEMBER 9, 2025, DOCKET NUMBER 43<br><br>RETURNED AMOUNT IS REDUCED BY THE AMOUNT OF BANK FEES PER THE AGREEMENT | 1229-000 | ($118,706.37) | | $65,000.00 |
| 04/27/26 | 5002 | LYNN E. FELDMAN LYNN E. FELDMAN, TRUSTEE 2310 WALBERT AVE STE 103 ALLENTOWN, PA 18104 | Distribution | | | $6,644.39 | $58,355.61 |
| | | LYNN E. FELDMAN | Final distribution creditor account # representing a payment of 100.00% per court order. | ($6,536.08) | 2100-000 | | |
| | | LYNN E. FELDMAN | Final distribution creditor account # representing a payment of 100.00% per court order. | ($108.31) | 2200-000 | | |

Page Subtotals: $65,721.52  $7,365.91

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 25-11829
Case Name: MURRAY D. LEVIN

Taxpayer ID No: XX-XXX3102
For Period Ending: 07/20/2026

Trustee Name: LYNN E. FELDMAN, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1029
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 5003 | Karalis PC<br>Robert W. Seitzer, Esq.<br>1900 Spruce Street<br>Philadelphia, PA 19103 | Distribution | | | $11,409.09 | $46,946.52 |
| | | Karalis PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($11,289.00) | 3210-000 | | |
| | | Karalis PC | Final distribution creditor account # representing a payment of 100.00% per court order. | ($120.09) | 3220-000 | | |
| 04/27/26 | 5004 | American Express National Bank, Aenb<br>C/O Zwicker And Associates, P.C.<br>Attorneys/Agents For Creditor<br>P.O. Box 9043<br>Andover, Ma 01810-1041 | Final distribution to claim 1 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $8,286.03 | $38,660.49 |
| 04/27/26 | 5005 | American Express National Bank, Aenb<br>C/O Zwicker And Associates, P.C.<br>Attorneys/Agents For Creditor<br>P.O. Box 9043<br>Andover, Ma 01810-1041 | Final distribution to claim 2 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $3,815.98 | $34,844.51 |
| 04/27/26 | 5006 | Capital One, N.A., Successor By Merger To Discover<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 3 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $3,293.86 | $31,550.65 |
| 04/27/26 | 5007 | Nasa Federal Credit Union<br>Po Box 1588<br>Bowie, Md 20717 | Final distribution to claim 4 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $12,977.73 | $18,572.92 |
| 04/27/26 | 5008 | U.S. Bank National Association<br>Bankruptcy Department<br>Po Box 108<br>Saint Louis Mo 63166-0108 | Final distribution to claim 5 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $3,160.17 | $15,412.75 |
| 04/27/26 | 5009 | Jpmorgan Chase Bank, N.A.<br>S/B/M/T Chase Bank Usa, N.A.<br>C/O National Bankruptcy Services, Llc<br>P.O. Box 9013<br>Addison, Texas 75001 | Final distribution to claim 6 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $1,923.63 | $13,489.12 |

Page Subtotals:  $0.00  $44,866.49

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 25-11829 | Trustee Name: LYNN E. FELDMAN, TRUSTEE |
| Case Name: MURRAY D. LEVIN | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1029 |
| | Checking |
| Taxpayer ID No: XX-XXX3102 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/20/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/26 | 5010 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Final distribution to claim 7 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $2,204.78 | $11,284.34 |
| 04/27/26 | 5011 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Final distribution to claim 8 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $1,449.49 | $9,834.85 |
| 04/27/26 | 5012 | JEFFERSON CAPITAL SYSTEMS LLC<br>Po Box 7999<br>Saint Cloud, Mn  56302-9617 | Final distribution to claim 9 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $2,512.35 | $7,322.50 |
| 04/27/26 | 5013 | JEFFERSON CAPITAL SYSTEMS LLC<br>Po Box 7999<br>Saint Cloud, Mn  56302-9617 | Final distribution to claim 10 creditor account # representing a payment of 82.47% per court order. | 7100-000 | | $7,322.50 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $65,721.52 | $65,721.52 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $65,721.52 | $65,721.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $65,721.52 | $65,721.52 |

Page Subtotals: $0.00  $13,489.12

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1029 - Checking | $65,721.52 | $65,721.52 | $0.00 |
| | $65,721.52 | $65,721.52 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $65,721.52 |
| Total Gross Receipts: | $65,721.52 |

Page Subtotals:                                    $0.00              $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*