**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      **CHAPTER 7**

 **LEVIN, MURRAY D.**

                   **Debtor(s)**            **Case No. 25-11829-DJB**


**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**


        **AND NOW**, this      day of                         2026, upon consideration of the

Trustee's Final Report and Account, it appearing that the Trustee has made payments to all

creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no

longer holding any funds in trust in this proceeding, it is herby

        **ORDERED AND DECREED** that the Trustee's Final Account is approved, and

the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

        IT IS FURTHER ORDERED that this case is hereby closed.


                                        BY THE COURT

 **Date: July 31, 2026**                    _____

                                        Derek J Baker
                                        United States Bankruptcy Judge